UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICHARD FISHER, | ) |
| Plaintiff, | ) ) ) |
| v. | No.: 3:24-CV-300-KAC-JEM ) ) |
| TERASA MAE & BRITISH GOVERNMENT, | ) ) ) |
| Defendants. | ) ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Jill E. McCook's "Order and Report and Recommendation" ("Report") entered on July 19, 2024 [Doc. 7]. On July 11, 2024, Plaintiff, proceeding pro se, filed a Complaint [Doc. 1]. In the Complaint [Doc. 1], Plaintiff alleges that "Terasa Mae – British govt. Et Al did murder Chealsea (a human bieng) Langan, and leave her body to be found by plaintiff with the intent to cause psychological damage and to coerce said Plaintiff," and "Teresa Mae – British Govt. did rape/torture Chealsea Langan and leave Evedence to cause psychological torture – Damage To Plaintif[f]" [Doc. 1 at 2]. After Plaintiff filed his Complaint [Doc. 1], Judge McCook screened the Complaint [Doc. 1] under the Prison Litigation Reform Act [*See* Doc. 7 at 2-4]. The Report recommends that the Court "dismiss Plaintiff's Complaint," [*id.* at 5 (emphasis omitted)], because "Plaintiff does not allege that the Court has jurisdiction, nor does he identify any legal authority for which he may be entitled to relief," and the allegations are "factually frivolous," [*id.* at 3]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 7] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **DISMISSES**

Plaintiff's claims against Defendants for failure to state a claim. An appropriate Judgment shall issue.

    SO ORDERED.

*[signature]*
KATHERINE A. CRYTZER
United States District Judge